IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEO LERMA, | ) | 1:06-CV-0646 AWI WMW P |
| | ) | |
| Plaintiff, | ) | ORDER TO SUBMIT NEW |
| vs. | ) | APPLICATION TO PROCEED IN |
| | ) | FORMA PAUPERIS AND CERTIFIED |
| MACK WIMBISH, | ) | COPY OF TRUST ACCOUNT |
| | ) | STATEMENT **OR** PAY FILING FEE |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On June 13, 2006, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee.  On June 23, 2006, in compliance with the order, plaintiff submitted an application to proceed in forma pauperis and a copy of his June 14, 2006 Kern County Jail account statement.  However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration.  Additionally, the copy of plaintiff's trust account statement was not a certified copy and did not include the entire six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915.  Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to

1

pay the $350.00 filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

        2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**    **July 6, 2006**                  /s/  **William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE