IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO LERMA,

        Plaintiff,                           CV F 06 0646 AWI WMW   P

   vs.                                  FINDINGS AND RECOMMENDATION
                                      RE MOTION FOR TEMPORARY
                                      RESTRAINING ORDER (DOC 7)

MACK WIMBISH,

        Defendant.

        Plaintiff is an inmate in the Kern County Jail proceeding in a civil rights action against the Sheriff of Kern County. Pending before the court is Plaintiff's motion for a temporary restraining order.

        Plaintiff's motion refers to the conduct of numerous individuals not named in the complaint. The only individual identified as a defendant in the complaint is the Sheriff of Kern County. The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court. Zepeda v. United States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983).

        Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for a temporary restraining order be denied.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within

twenty days after being served with these findings and recommendations, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:     December 20, 2006**           /s/  William M. Wunderlich
mmkd34                                 UNITED STATES MAGISTRATE JUDGE

2